IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Marsha Jackson, ) | |
| ) | C/A No.: 3:04-728-JFA |
| Plaintiff, ) | |
| v. ) | |
| ) | **VERDICT** |
| Eau Claire Cooperative ) | |
| Health Center, Inc. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

1)   Do you find that plaintiff, Marsha Jackson, was covered by the FMLA at the time she was terminated by defendant?
   <u>X</u>   Yes
   ___   No

**If you answered "Yes" to Question 1, go to Question 2.  If you answered "No" to Question 1, deliberate no further.**

2)   Do you find that plaintiff proved by a preponderance of the evidence that defendant Eau Claire Cooperative Health Centers, Inc. interfered with her rights under the FMLA?
   <u>X</u>   Yes
   ___   No

**If you answered "Yes" to Question 2, go to Question 3.  If you answered "No" to Question 2, deliberate no further.**

3)   What amount of money did plaintiff prove by a preponderance of the evidence she is entitled to as damages under the FMLA for lost wages and benefits?  $ 29,500.00  *[state the amount, or, if none, write the word "none"]*.

Date:  Nov. 30, 2005

_____s/ Foreperson