IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Marsha Jackson, ) | |
| ) | C/A No.: 3:04-728-JFA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| Eau Claire Cooperative ) | |
| Health Center, Inc. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This case was tried to a jury on November 29 – 30, 2005. At the conclusion of the trial, the jury returned a verdict in favor of the plaintiff for $29,500.00 in actual damages. Still pending before the court is the plaintiff's request for front pay which, under established precedent, is an issue to be decided by the court, sitting without a jury.

Although the plaintiff's counsel indicated that he intended to file a motion seeking an award of front pay, he indicated that he was not prepared to do so at the present time.

In order to eliminate any confusion regarding when the time to file a notice of appeal begins to run in this case, the court will direct the Clerk not to enter judgment on the jury's verdict at this time. When the court has made its ruling regarding front pay, if any, the court will then instruct the Clerk to enter judgment on both the jury's verdict and the court's award, so that any appeal of these issues can go forward as one case.

The court will conduct a hearing on plaintiff's request for front pay beginning at 9:30 a.m. on Monday, December 19, 2005.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
December 1, 2005                United States District Judge
Columbia, South Carolina